| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| RORY K. JONES, | § | | |
| | § | | |
| Petitioner, | § | | |
| | § | | |
| *versus* | § | | CIVIL ACTION NO. 1:07-CV-227 |
| | § | | |
| N. QUARTERMAN, | § | | |
| | § | | |
| Respondent. | § | | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Rory K. Jones, an inmate at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends that petitioner's motion to proceed *in forma pauperis* be denied. Additionally, the magistrate judge recommends that petitioner should be allowed thirty (30) days to pay the filing fee.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that petitioner's motion to proceed *in forma pauperis* is **DENIED**.  Petitioner paid the filing fee on May 22, 2007.  Therefore, the magistrate judge's recommendation that petitioner should be allowed thirty (30) days to submit the fee is moot.

SIGNED at Beaumont, Texas, this 8th day of August, 2007.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE